UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAYLOR THEUNISSEN, M.D., LLC<br><br>      Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE GROUP, INC., CHENIERE ENERGY, INC., JOHN AND JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>      Defendants. | Case No.: 3:18-cv-00606-JAM<br><br><br><br><br><br>SEPTEMBER 4, 2018 |

## **MOTION TO DISMISS**

Defendant, Cheniere Energy, Inc. ("Cheniere"), hereby moves the Court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Plaintiff's Amended Complaint in its entirety as against it. The grounds for this motion are as follows:

- As to Counts One through Four and Six through Eight of the Amended Complaint, Cheniere hereby joins and adopts the Motion to Dismiss and supporting Memorandum Law of UnitedHealth Group, Inc. s/h/a United Healthcare Group, Inc. (Docket. Entry Nos. 18 and 19).

- The Amended Complaint should be dismissed in its entirety as against Cheniere because Cheniere is an improper party to a claim for benefits under its employee welfare benefit plan, because an employer is not a proper party if a plan administrator is designated, as is the case here.

- The Amended Complaint should also be dismissed in its entirety because the Plan at issue prohibits claimants from commencing a civil action with respect to a claim for benefits before administrative remedies have been exhausted and further contains a limitation of actions period of one year from the date the claimant exhausts his or her administrative remedies. In the instant case, Plaintiff has not alleged that administrative exhaustion has been accomplished.

- Finally, Plaintiff's Count Eight—which alleges failure to establish a summary plan description in accordance with 29 U.S.C.A. § 1022—should be dismissed as against Cheniere on the additional ground that the summary plan description at issue in the instant case is clear and unambiguous and as such, is in accordance with 29 U.S.C. § 1022.

This Motion to Dismiss is supported by the Memorandum of Law in Support of Cheniere's Motion to Dismiss, supporting declaration, and exhibits; and upon such other evidence and argument as the Court may permit at any hearing of this matter.

        Respectfully submitted,

        DEFENDANT
        CHENIERE ENERGY, INC.

        By:    */s/ Kelly Frye Barnett*
              Michael H. Bernstein (ct28178)
              Kelly Frye Barnett (ct29817)
              Robinson & Cole LLP
              280 Trumbull Street
              Hartford, CT 06103
              Tel: (860) 275-8200
              Fax: (860) 275-8299
              Email: mbernstein@rc.com;
              kbarnett@rc.com

**Certificate of Service**

I hereby certify that on September 4, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:  */s/ Kelly Frye Barnett*
Kelly Frye Barnett