UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAYLOR THEUNISSEN, M.D., LLC<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE GROUP, INC.,<br>CHENIERE ENERGY, INC., JOHN<br>AND JANE DOES 1-10 and ABC<br>CORPORATIONS 1-10,<br><br>                    Defendants. | Case No.: 3:18-cv-00606-JAM<br><br><br><br><br><br>OCTOBER 31, 2018 |

## SUPPLEMENTAL MOTION TO DISMISS

Defendants, UnitedHealth Group, Inc. s/h/a United Healthcare Group, Inc. ("UHG") and Cheniere Energy, Inc. ("Cheniere") respectfully submit this Supplemental Motion to Dismiss Counts Five through Eight of Plaintiff, Taylor Theunissen, M.D., LLC's Amended Complaint based on additional evidence discovered after the initial filing of UHG's Motion to Dismiss. Specifically, the Master Cheniere Plan document contains an anti-assignment clause which, as is set out more fully in the accompanying memorandum of law filed herewith, precludes Plaintiff from pursuing any cause of action against the Defendants as an assignee of benefits under the Cheniere Plan. UHG did not have this document at the time it filed its original Motion to Dismiss and was therefore unaware of the anti-assignment clause at the time of its original motion. The Master Plan Document also includes a one year limitation of action clause that renders Plaintiff's action untimely as against both Defendants.

Therefore, Defendants respectfully request that the Court consider these additional grounds for dismissal, which were not apparent at the time Defendants' initial motions to dismiss were filed.

-2-

Respectfully submitted,

DEFENDANTS
UNITEDHEALTH GROUP, INC. S/H/A
UNITED HEALTHCARE GROUP, INC. and
CHENIERE ENERGY, INC.

By:    <u>/s/Kelly Frye Barnett</u>
       Michael H. Bernstein (ct28178)
       Kelly Frye Barnett (ct29817)
       Robinson & Cole LLP
       280 Trumbull Street
       Hartford, CT 06103
       Tel:  (860) 275-8200
       Fax:  (860) 275-8299
       Email:mbernstein@rc.com;
       kbarnett@rc.com

-3-

**Certificate of Service**

    I hereby certify that on October 31, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          By:    */s/Kelly Frye Barnett*
                                                          Kelly Frye Barnett